UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

David Cleveland,

      Plaintiff,                Case No. 06-13780

v.                                        Hon. Nancy G. Edmunds

Liberty Life Assurance Company of Boston,
Compuware Corporate Long Term
Disability Plan,

      Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for judgment is GRANTED and Defendant is required to award benefits plus interest from the date on which Plaintiff's benefit payments ceased, defendant's motion for judgment is DENIED, and the case is hereby DISMISSED.

      SO ORDERED.

                                                   s/Nancy G. Edmunds
                                                   Nancy G. Edmunds
                                                   United States District Judge

Dated: March 10, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 10, 2009, by electronic and/or ordinary mail.

                                                   s/Carol A. Hemeyer
                                                   Case Manager